No. 6,965.—STATE ex Rel. UNIVERSAL FILM EX-CHANGES, INC., Relator, v. DISTRICT COURT et al., Respondents.

Decided February 8, 1932.

PER CURIAM.—The application of relator for a writ of supervisory control herein is denied.

*Mr. Harry Meyer,* for Relator.